# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RENALDO JOHNSON,

    Plaintiff,

  v.

JAMES G. COX et al.,

    Defendants.

2:15-cv-01830-JCM-VCF

**ORDER**

## I.    DISCUSSION

Plaintiff, who was a prisoner in the custody of the Nevada Department of Corrections at the time he initiated this case, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis* for prisoners. (ECF No. 1, 1-1). On October 13, 2015, this Court received mail sent to Plaintiff as undeliverable because Plaintiff had been paroled. (*See* ECF No. 3). Plaintiff has not updated his new address with the Court.

The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

///

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file an updated address with this Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This \_20th\_ day of October, 2015.

_____
United States Magistrate Judge